IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
NOV 20 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEP

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO: 1:120-cr-00196-NONE-SKO

SHAWN DARNYEL MATTHEWS

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: Shawn Darynel Matthews
Detained at: Fresno County Jail
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
       charging detainee with: 18 U.S.C. § 922(g)(1)
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Antonio J. Pataca
Printed Name & Phone No: Antonio J. Pataca
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/20/20

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | SJ | ☒Male | ☐Female |
| Booking or CDC #: | 2025160 | DOB: | 04/22/1997 |
| Facility Address: | 1265 M. Street, Fresno, CA | Race: | Black |
| Facility Phone: | | FBI#: | 455646WC5 |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____  _____
                                    (signature)