HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
JAYA GUPTA, CA BAR #312138
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
SHAWN DARNYEL MATTHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SHAWN DARNYEL MATTHEWS,<br><br>*Defendant.* | Case No. 1:20-cr-00196-NONE-SKO<br><br>**SEALING ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibit A in support of Defendant Shawn Darnyel Matthews' Sentencing Memorandum shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated: __**May 11, 2021**__   _____
UNITED STATES DISTRICT JUDGE

[Proposed] Sealing Order

1