ERIC GRANT
United States Attorney
ANGELA ALEXANDER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN MATTHEWS.<br><br>Defendant. | CASE NO. 1:20-CR-00196-DAD-SKO<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER |

**STIPULATION**

1. By previous order, this matter was set for a preliminary hearing on September 1, 2026. By this stipulation, defendant moves to continue the preliminary hearing to September 8, 2026.

2. No exclusion of time is required as this matter is a supervised release violation.

Dated: August 28, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By *_/s/ Angela Alexander_*
ANGELA ALEXANDER
Assistant United States Attorney

Dated: August 28, 2026

By: *_/s/ Daniel Harralson_*
DANIEL HARRALSON
Attorney for Defendant
Shawn Matthews

**ORDER**

The Court, having received and considered the Stipulation of the parties, hereby ORDERS as follows: The Court continues the preliminary hearing on September 1, 2026, to **September 8, 2026 At 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

Date: August 31, 2026

THE HONORABLE FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE